IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BENJAMIN JACOB KERENSA, | ) | No. C 07-0435 JSW (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| Defendants. | ) | |

On January 23, 2007, Plaintiff filed a *pro se* civil rights action in this Court. On that same day the Court sent a notification to Plaintiff informing him that he had neither paid the filing fee nor submitted a completed application for leave to proceed in forma pauperis. The Court provided a copy of the correct in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if Plaintiff failed to pay the fee or file the completed application within thirty days. More than thirty days has passed and Plaintiff has not responded. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee. The clerk shall close the file and enter judgment in this matter.

IT IS SO ORDERED.

DATED: May 14, 2007

*Jeffrey S. White*

JEFFREY S. WHITE
United States District Judge